UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANA GLORIA SANTOS VELASQUEZ; et al., <br><br> Petitioners, <br><br> v. <br><br> TODD BLANCHE, Acting Attorney General, <br><br> Respondent. | No. 26-1571 <br><br> Agency Nos. <br> A208-923-866 <br> A208-923-867 <br> A208-923-868 <br><br> ORDER |

Before:     SILVERMAN and CALLAHAN, Circuit Judges.

The request for an expedited ruling on the motion to stay removal (Docket Entry No. 12) is granted.

The motion to stay removal (Docket Entry No. 3) is granted.  *See Nken v. Holder*, 556 U.S. 418 (2009); *Leiva-Perez v. Holder*, 640 F.3d 962, 964-65 (9th Cir. 2011).